UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE TRUSTEES OF THE TILE, MARBLE
& TERRAZZO INSURANCE TRUST FUND;
TILE, TERRAZZO & MARBLE INDUSTRY
PENSION FUND; TILE, TERRAZZO & MARBLE
INDUSTRY DEFINED CONTRIBUTION
PENSION FUND; TILE, TERRAZZO & MARBLE
INDUSTRY JOINT TRAINING FUND; LABOR
MANAGEMENT FUND; and the TILE,
TERRAZZO & MARBLE INDUSTRY
VACATION AND HOLIDAY FUND,

    Plaintiffs,

v.

B&B TILE & MARBLE CO., INC., a Michigan
corporation, SUBURBAN TILE, INC., a Michigan
corporation, KEVIN K. BOHM, an individual,
and WILLIAM JAYNES II, an individual,

    Defendants,

and

SUBURBAN TILE, INC. and
WILLIAM JAYNES II, an individual,

    Defendants/Counter Plaintiffs,

v.

THE TRUSTEES OF THE TILE, MARBLE
& TERRAZZO INSURANCE TRUST FUND;
TILE, TERRAZZO & MARBLE INDUSTRY
PENSION FUND; TILE, TERRAZZO & MARBLE
INDUSTRY DEFINED CONTRIBUTION PENSION
FUND; TILE, TERRAZZO & MARBLE INDUSTRY
JOINT TRAINING FUND; LABOR MANAGEMENT
FUND; and the TILE, TERRAZZO & MARBLE
INDUSTRY VACATION AND HOLIDAY FUND,

    Plaintiffs/Counter Defendants.

_____/

Case No. 10-CV-10106

HON. GEORGE CARAM STEEH

## JUDGMENT

The above entitled matter has come before the court on cross-motions for summary judgment, and in accordance with the court's order denying plaintiffs' request for summary judgment on their claims, granting defendants' request for summary judgment on plaintiffs' claims, denying Suburban's request for summary judgment on its counterclaims, and granting plaintiffs' request for summary judgment on Suburban's counterclaims entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendants on plaintiffs' claims and in favor of plaintiffs on defendant Suburban's counterclaims.

            DAVID J. WEAVER
            CLERK OF THE COURT

            BY: s/Josephine Chaffee
               DEPUTY COURT CLERK

Dated: February 24, 2011